# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ANGELA K. WILLIAMS**                                                        **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO. 1:06-cv-685-LTS-RHW**

**NATIONWIDE MUTUAL FIRE**
**INSURANCE COMPANY and**
**BANCORPSOUTH BANK**                                                     **DEFENDANTS**

## AGREED ORDER AS TO BANCORPSOUTH BANK AS LIENHOLDER

The parties hereby agree to the following as to the defendant BancorpSouth Bank and its further involvement in these proceedings.  Pursuant to Fed. R. Civ. P. 19, BancorpSouth shall be realigned from being a defendant and to being an involuntary plaintiff, in that plaintiff Angela K. Williams asserts no affirmative relief against BancorpSouth, and plaintiff and BancorpSouth agree that BancorpSouth has rights arising under its deed of trust on the subject property and its status as loss payee of the subject insurance policy pursuant to the hazard insurance and other miscellaneous or other proceeds provisions of the subject deed of trust.  Plaintiff and BancorpSouth further agree that, in the event that plaintiff is successful in this action and becomes entitled to receive any proceeds from the subject insurance policy by settlement or judgment, plaintiff shall ensure that BancorpSouth is included as a joint payee on any such proceeds, along with any other parties in interest as to such proceeds, if any.  Otherwise, the parties agree, and the Court allows and orders, that BancorpSouth need not take an active role in these proceedings, may remain a party without having to actively participate in discovery, hearings, motions, or any disposition of this matter on the merits hereof, but shall be bound by any judgment or disposition made herein.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant BancorpSouth's Motion to Limit Involvement is GRANTED.

SO ORDERED AND ADJUDGED, this the 24th day of January, 2007.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.

Senior Judge